**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner Of Social Security,<br><br>    Defendant. | Case No. 1:15-cv-00684-SMS<br><br>ORDER DENYING APPLICATION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br><br>(Doc. 3) |

By motion filed May 4, 2015, Plaintiff Jeanne Scott, by her attorneys MacKenzie Legal, PLLC, seeks to proceed *in forma pauperis*.  Plaintiff submitted a vague and conclusory application that provides the Court with no understanding of her financial situation other than that she is presently unemployed, is supported by her husband, and owns a home subject to a deed of trust exceeding the home's value.  In addition, the Court is perplexed by Plaintiff's disclosure that three children are financially dependent on her but that she provides nothing toward their support.  Since Plaintiff is apparently part of a nuclear family that functions as a single economic unit, the application to proceed *in forma pauperis* should set forth sufficient information to enable the Court to evaluate whether her family's economic situation as a whole is sufficiently impoverished to justify her proceeding without paying the filing fee for her lawsuit.

In addition, the Court notes that Plaintiff did not include the names of the plaintiff and defendant or the case number in the caption of her application.  If Plaintiff elects to submit an amended application, as this order permits her to do, she must provide complete case information in the caption of the document.

Accordingly, the Court DENIES Plaintiffs' motion to proceed *in forma pauperis*.  Plaintiff shall either submit an amended and complete application to proceed *in forma pauperis* or pay the filing fee to the Clerk of Court within thirty (30) days of this order.  In the event that Plaintiff does not pay the filing fee or submit an amended application, the Court shall dismiss the case for lack of prosecution without further notice.

IT IS SO ORDERED.

Dated: **May 6, 2015**                                **/s/ Sandra M. Snyder**
                                                                              UNITED STATES MAGISTRATE JUDGE