PHILIP A. TALBERT
United States Attorney
DEBORAH STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
URMILA R. TAYLOR, CSBN 234655
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Tel.: (415) 977-8958
    Facsimile:  (415) 744-0134
    Email:  urmila.taylor@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JEANNE SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:15-cv-00684-SMS<br><br>**STIPULATION AND ORDER TO EXTEND TIME** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of this Court, to extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, to July 22, 2016, according to the Court's Scheduling Order ("Order").

There is good cause for this request. Counsel for Defendant has a voluminous case load, and requires more time to responsibly respond to Plaintiff's allegations. This is Defendant's first request for an extension. This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: *June 16, 2016*      By:   /s/ *Kelsey M. Brown by Urmila R. Taylor*\*
                                 KELSEY M. BROWN
                                 *By email authorization on June 16, 2016
                                 Attorney for Plaintiff

Date: *June 16, 2016*            PHILIP A. TALBERT
                                 United States Attorney
                                 DEBORAH STACHEL
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                           By:   */s/ Urmila R. Taylor*
                                 URMILA R. TAYLOR
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant

## **ORDER**

IT IS SO ORDERED.

   Dated:   **June 16, 2016**              **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE