1  PHILLIP A. TALBERT
   Acting United States Attorney
2  BOBBIE MONTOYA
   Assistant United States Attorney
3  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
4  Social Security Administration
5  URMILA R. TAYLOR
   Special Assistant United States Attorney
6        160 Spear Street, Suite 800
         San Francisco, California 94105
7        Telephone:  (415) 977-8958
         Facsimile:  (415) 744-0134
8        E-Mail: Urmila.Taylor@ssa.gov
9
10 Attorneys for Defendant

11                    **UNITED STATES DISTRICT COURT**
12                   **EASTERN DISTRICT OF CALIFORNIA**
13                            **FRESNO DIVISION**
14

15 JEANNE SCOTT,                    ) Case No.  1:15-CV-00684-SMS
                                    )
16              Plaintiff,          )
                                    )
17        vs.                       ) **JOINT STIPULATION AND**
                                    ) **ORDER FOR EXTENSION OF TIME**
18 CAROLYN W. COLVIN,               )
                                    ) **(Second Request)**
19 Acting Commissioner of Social Security,  )
                                    )
20              Defendant.          )
                                    )
21 _____ )

22
         Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant")
23
   respectfully requests that the Court extend the time for Defendant to file her Opposition to
24
   Plaintiff's Opening Brief, due on July 22, 2016, by fourteen (14) days, through and including
25
   August 5, 2016.  This is the Commissioner's second request for an extension of time in this
26
   matter.
27
         An extension of time is needed in order to prepare Defendant's opposition because of an
28
   exceptionally heavy workload and scheduling conflicts of the drafting attorney.  This request is

                                          1

1  made in good faith with no intention to unduly delay the proceedings.  Counsel's office

2  conferred with Plaintiff's counsel, who had no objection to this request, on July 14, 2016.

3          Respectfully submitted this 21st day of July, 2016.

4

5

6                                          By: /s/* *Kelsey Brown*__
                                               KELSEY BROWN
7                                              *by email authorization on 7/14/16

8                                              Attorney for Plaintiff

9

10                                             BENJAMIN B. WAGNER
                                               United States Attorney
11                                             DEBORAH LEE STACHEL
                                               Acting Regional Chief Counsel, Region IX
12
                                           By: */s/ Urmila Taylor*      __
13                                             URMILA TAYLOR
                                               Special Assistant United States Attorney
14
                                               OF COUNSEL:
15                                             D. ADAM LAZAR, CSBN 237485
                                               Assistant Regional Counsel, Region IX
16
                                               Attorneys for Defendant
17

18

19

20                                      ORDER

21
   IT IS SO ORDERED.
22

23    Dated:   **July 22, 2016**                    **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                           2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Def.'s X-Motion and Memo. For Sum. Judg.                                                          2:15-cv-0388-AC